## FORREST v. PITT COUNTY BD. OF EDUCATION

No. 472A90

Case below: 100 N.C.App. 119

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

## HACKMAN v. HACKMAN

No. 501P90

Case below: 100 N.C.App. 329

Petition by defendant for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## HARE v. BUTLER

No. 457P90

Case below: 99 N.C.App. 693

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 8 November 1990.

## HAUGHN v. FIRST-CITIZENS BANK & TRUST CO.

No. 414P90

Case below: 99 N.C.App. 582

Petition by plaintiff for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990.

## HEATHER HILLS HOME OWNERS ASSN. v. CAROLINA CUSTOM DEV. CO.

No. 519P90

Case below: 100 N.C.App. 263

Petition by defendant (Richard E. Ford) for discretionary review pursuant to G.S. 7A-31 denied 5 December 1990. Petition by defendants (Properties and Anderson) for writ of certiorari to the North Carolina Court of Appeals denied 5 December 1990.